GEORGE W. TAYLOR and ALBERTUS B. STAYTON, d. b. a., vs. JOHN H. WOODLEN, p. b. r.

JUSTICES OF THE PEACE—APPEAL—UNDERTAKING—SUFFICIENCY.

Where the entry by a justice of the peace on the record on appeal from a judgment rendered by him and signed by a surety does not cover the judgment appealed from, as required by statute, the appeal will be dismissed.

(*December* 19, 1911.)

Judges BOYCE and RICE sitting.

*Hugh M. Morris*, (of *Saulsbury, Ponder* and *Morris*) for appellant.

*Walter J. Willis* for respondent.

Superior Court, New Castle County, November Term, 1911.

APPEAL from a judgment of a justice of the peace (No. 149, September Term, 1911).    Motion to dismiss.

The appeal was taken by Stayton, one of the defendants in the judgment below.    The entry on the appeal endorsed on the record by the justice and signed by William Taylor as surety, was in the following language:

"On this second day of May, A. D. 1911, the said Albertus B. Stayton appeals and William Taylor becomes surety in the sum of three hundred and fifty dollars that said appeal shall be prosecuted with effect and also that any judgment which shall be rendered against the said Albertus B. Stayton or his executors or administrators upon said appeal shall be satisfied."

There was a motion to dismiss the appeal for the reason that the obligation of suretyship was to pay any judgment which shall be rendered against the said Stayton, and not to pay any judgment that might be rendered against the said Taylor and Stayton, the defendants below, as required by the statute.

*Per Curiam:*—The appeal is dismissed for the reason that the entry made by the justice and signed by the surety does not cover the judgment appealed from as required by the act of assembly.